

FILED

2024 JUN 28  P 12: 36

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: __1:24 CV 1124__

Name: __Charles C. Johnson__

Address: __1624 Fieldthorn Drive__
__Reston, VA 20194-1592__
____

Telephone Number: __617-429-4718__

Email Address: __charlescarlislejohnson@gmail.com__

The undersigned:
> Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
> Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
> Is responsible for immediately notifying the court in writing of any change of email address.
> Must be registered with PACER (www.pacer.gov).

Signature: __Charles C. Johnson__   Date: __06/28/2024__

Court Use Only:

The request is GRANTED _____   or DENIED _____

_____   _____
(Judge's Signature)                (Date)